1  MELISSA M. YOON (State Bar No. 209663)
   *myoon@katzyoon.com*
2  CHRISTOPHER D. HODSON (State Bar No. 246461)
   *chodson@katzyoon.com*
3  **KATZ & YOON LLP**
   4 Park Plaza, Suite 1040
4  Irvine, California 92614
   Telephone:  (949) 748-1910
5  Facsimile:   (949) 242-2670

6  EDWIN F. McPHERSON (State Bar No. 106084)
   *emcpherson@mcphersonrane.com*
7  TRACY B. RANE (State Bar No. 192959)
   *trane@mcphersonrane.com*
8  PIERRE B. PINE (State Bar No. 211299)
   *ppine@mcphersonrane.com*
9  **McPHERSON RANE LLP**
   1801 Century Park East, 24th Floor
10 Los Angeles, CA  90067
   Telephone:  (310) 553-8833
11 Facsimile:   (310) 553-9233

12 Attorneys for
   Defendant TOP 1%
13 COACHING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE RUMBEL, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>TOP 1% COACHING, LLC, a Florida limited liability company which does business as JT FOXX ORGANIZATION; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 13-05002 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current conference date: 2/6/14<br>Proposed conference date:  3/6/14 |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff Leanne Rumbel ("Rumbel") and Defendant Top 1% Coaching, LLC ("Top 1%") (collectively, Rumbel and Top 1% are referred to herein as the "Parties") enter into the following stipulation:

## **RECITALS**

1. On November 13, 2013, this Court issued a Case Management Conference Order in Reassigned Cases, setting a case management conference for February 6, 2014, at 9:00 a.m. in Courtroom 5, 17th Floor, Golden Gate Avenue, San Francisco, California, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

2. The Parties have reached a settlement agreement in principle but are negotiating several terms of the agreement before the agreement can be reduced to writing and executed.

3. The Parties therefore have agreed to continue the February 6, 2014 Case Management Conference to March 6, 2014 at 9:00 a.m., or as soon thereafter as the Court's calendar may accommodate.

4. The Parties have also agreed to continue the date for filing a joint case management conference statement to one week in advance of the new case management conference date.

5. The Parties have also agreed that all deadlines triggered by the Rule 16 conference will be continued based on the new conference date.

6. The Parties have not requested any prior continuances of the Case Management Conference.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

## STIPULATION

1. The Case Management Conference set for February 6, 2014, at 9:00 a.m. may be continued to March 6, 2014, at 9:00 a.m., or as soon thereafter as the Court's calendar permits.

2. The parties shall file a joint case management conference statement one week in advance of the new case management conference date.

3. All deadlines triggered by the Rule 16 conference will be continued based on the new conference date.

Dated: January 16, 2014          MICHAELS LAW GROUP, APLC


                                 By:_____/s/_____
                                    Kathryn Harvey
                                    Attorneys for Plaintiff Leanne Rumbel


Dated: January 16, 2014          KATZ & YOON LLP


                                 By:_____/s/_____
                                    Melissa M. Yoon
                                    Attorneys for Defendant Top 1%
                                    Coaching LLC


## ATTESTATION REGARDING SIGNATURES

I, Melissa M. Yoon, attest that I have obtained the concurrence of Kathryn Harvey, Esq., counsel for Plaintiff Leanne Rumbel, in the filing of this document.

Dated: January 16, 2014

                                 By:_____/s/_____
                                    Melissa M. Yoon

4834-5402-8056, v. 1

1  MELISSA M. YOON (State Bar No. 209663)
   myoon@katzyoon.com
2  CHRISTOPHER D. HODSON (State Bar No. 246461)
   chodson@katzyoon.com
3  **KATZ & YOON LLP**
   4 Park Plaza, Suite 1040
4  Irvine, California 92614
   Telephone: (949) 748-1910
5  Facsimile: (949) 242-2670

6  EDWIN F. McPHERSON (State Bar No. 106084)
   emcpherson@mcphersonrane.com
7  TRACY B. RANE (State Bar No. 192959)
   trane@mcphersonrane.com
8  PIERRE B. PINE (State Bar No. 211299)
   ppine@mcphersonrane.com
9  **McPHERSON RANE LLP**
   1801 Century Park East, 24th Floor
10 Los Angeles, CA 90067
   Telephone: (310) 553-8833
11 Facsimile: (310) 553-9233

12 Attorneys for
   Defendant TOP 1%
13 COACHING, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE RUMBEL, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>TOP 1% COACHING, LLC, a Florida limited liability company which does business as JT FOXX ORGANIZATION; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 13-05002 EMC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having considered the Stipulation to Continue Case Management Conference submitted by Plaintiff Leanne Rumbel ("Rumbel") and Defendant Top 1% Coaching, LLC ("Defendant"), the Court determines that good cause exists for continuing the case management conference set in this matter from February 6, 2014, at 9:00 a.m., to March 6, 2014, at 9:00 a.m. [or ~~_____, 2014~~, at __:__ .m.].

The parties shall file a joint case management conference statement one week before the case management conference.

All deadlines triggered by the case management conference shall be continued based on the new case management conference date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____1/24_____, 2014   _____
HON. EDWARD
UNITED S_____ _____GE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

4824-1390-6200, v. 1

---

2

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**