**MICHAELS LAW GROUP, APLC**
A Professional Law Corporation
Jonathan A. Michaels, Esq. – State Bar No. 180455
Kathryn J. Harvey, Esq. – State Bar No. 241029
2801 W. Coast Highway, Suite 370
Newport Beach, CA 92663
Telephone: (949) 581-6900
Facsimile: (949) 581-6908
(jmichaels@michaelslawgroup.com)
(kharvey@michaelslawgroup.com)

Attorneys for Plaintiff, LeAnne Rumbel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LEANNE RUMBEL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TOP 1% COACHING, LLC, a Florida limited liability company which does business as JT FOXX ORGANIZATION; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-05002-EMC<br><br>**[PR~~OPO~~SED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Edward M. Chen<br><br>Action Removed: May 23, 2013<br>Action Transferred: October 28, 2013 |

///
///
///
///
///
///
///
///
///

1

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION**
**CASE NO. 3:13-cv-05002-EMC**

1  Having considered the Stipulation to Dismiss Entire Action with Prejudice submitted by
2  Plaintiff LeAnne Rumbel and Defendant Top 1% Coaching, LLC ("Defendant") the Court
3  determines that good cause exists for dismissing this action with prejudice.

5  Accordingly, this case is hereby DISMISSED WITH PREJUDICE.

7  **IT IS SO ORDERED.**

9  Dated: _____3/3_____, 2014

IT IS SO ORDERED
Judge Edward M. Chen

_____ JUDGE